IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

In the Matter of Steven John Henrioulle - #057282

/

No. C 13-80256 WHA

**ORDER OF SUSPENSION**

    Because Steven John Henrioulle has failed to respond to the order to show cause, Mr. Henrioulle's membership in the bar of this Court is hereby **SUSPENDED**.

**IT IS SO ORDERED.**

Dated:  January 14, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE